IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:15-CV-48-KS

| | |
|---|---|
| ELIZABETH B. CANTRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon consideration of Defendant's unopposed motion to appear by video teleconference for the hearing scheduled on November 18, 2015, at 10:45 a.m., it is hereby ORDERED that Defendant's motion is GRANTED. At least seven (7) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which can be obtained from the court's website at http://www.nced.uscourts.gov/attorney/crtech.aspx.

This  16th  day of October, 2015

_____
KIMBERLY A. SWANK
United States Magistrate Judge