IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:15-cv-48-KS

ELIZABETH CANTRELL,            )
                               )
            Plaintiff,         )
                               )
    v.                         )
                               )            **ORDER**
                               )
NANCY BERRYHILL,               )
Acting Commissioner of Social  )
Security,                      )
                               )
            Defendant.         )

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $10,186.50 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $5,000.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $10,186.50 and that Plaintiff's counsel pay to Plaintiff the sum of $5,000.00 and upon the payment of such sums this case is dismissed with prejudice.

This 24th day of March 2017.

_Kimberly A. Swank_
KIMBERLY A. SWANK
United States Magistrate Judge