UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH CANTRELL,<br>   Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL,<br>*Acting Commissioner of Social Security,*<br>   Defendant. | **JUDGMENT**<br><br>Case No. 4:15-CV-48-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $10,186.50 and that Plaintiff's counsel pay to Plaintiff the sum of $5,000.00 and upon the payment of such sums this case is dismissed with prejudice.

This judgment filed and entered on March 24, 2017, with *electronic service* upon:

**Charlotte Hall**
*Counsel for Plaintiff*

**Todd Lewellen**
*Counsel for Defendant*

                 **PETER A. MOORE, JR.**
                 **CLERK, U.S. DISTRICT COURT**

March 24, 2017           /s/ *Shelia D. Foell*
                 (By): Shelia D. Foell, Deputy Clerk